AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the
Eastern District of Missouri

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES LOCATED AT: | ) | **FILED UNDER SEAL** |
| | ) | Case No. 4:26 MJ 2030 JSD |
| **111 Behlmann Orchard Ct, Florissant, MO 63034** | ) | SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Missouri
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before February 19, 2026 *(not to exceed 14 days)*
XX in the daytime 6:00 a.m. to 10:00 p.m. at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Honorable Joseph S. Dueker
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for ______ days *(not to exceed 30)* ❑ until, the facts justifying, the later specific date of _________________.

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date and Time issued: February 6, 2026 @ 10 a.m.

*Judge's signature*

City and State: St. Louis, Missouri

Honorable Joseph S. Dueker, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (page 2)

**Return**

| Case No.: 4:26 MJ 2030 JSD | Date and time warrant executed: 2/11/26 0700 | Copy of warrant and inventory left with: Darius Cook |
|---|---|---|

Inventory made in the presence of: Darius Cook

Inventory of the property taken and name of any person(s) seized:

One (1) HP laptop - m6-aq103dx
One (1) Samsung Tablet
One (1) Samsung Galaxy S9
One (1) - Paper w/ potential passwords

RECEIVED
By Joseph S. Dueker at 8:36 am, Feb 13, 2026

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/13/26

_Executing officer's signature_

SA Thomas Potting HSI

_Printed name and title_